IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **SEALED** |
| v. | § § | No. 4:18CR131<br>Judge Crone |
| PAUL ROOSEVELT BANKS III (1)<br>JOHN FELTON BOUTTE, JR. (2)<br>DAVID BENFORD DORSEY (3)<br>KEITH DEWAYNE DORSEY (4)<br>KEVIN DEWAYNE HARRIS (5)<br>JESSE BANKS MOTTON, JR. (6)<br>CHARLES JERMAINE RANDLE (7)<br>GEORGE SHERMAN BECKS (8)<br>MARQUETT CAINS DORSEY (9)<br>PATRICK RENOID SMITH (10)<br>BRANDON JAMAL PINSON (11)<br>TRACY ONEAL BLUNT, JR. (12)<br>CYRUS RAY MCQUARN (13)<br>DEANDRE MARKER ADAMS (14)<br>LESLIE JAMES ADAMS (15)<br>TYRONE CHRISTOPHER GOREE (16)<br>LORIE ANITA MONTGOMERY (17)<br>MAJEL D. MAPP (18)<br>LATRELL RAYSHOD PHILLIPS (19)<br>DARIUS MARQUISE CELESTINE (20)<br>ALLEN JOSEPH LANCELIN (21)<br>RONALD WAYNE KING (22)<br>OLIVER MAVERICK ARRINGTON (23)<br>MARSHALL LEE WARE, JR. (24)<br>JEROLD JERMAINE FREEMAN (25)<br>GILLETTE ANDREW TOLIVER, III (26)<br>ANDREA LO RETTE STANLEY (27) | § § § § § § § § § § § § § § § § § § § § § § § § § § § | FILED<br>FEB - 6 2019<br>Clerk, U.S. District Court<br>Texas Eastern |

## THIRD SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. §§ 1951 and 2
(Conspiracy to Interfere with Interstate Commerce by Robbery, Aiding and Abetting)

### THE CONSPIRACY

From on or about August 1, 2017, and continuing through on or about January 9, 2019, in the Eastern District of Texas and elsewhere, **Paul Roosevelt Banks III, John Felton Boutte, Jr., David Benford Dorsey, Keith Dewayne Dorsey, Kevin Dewayne Harris, Jesse Banks Motton, Jr., Charles Jermaine Randle, George Sherman Becks, Marquett Cains Dorsey, Patrick Renoid Smith, Brandon Jamal Pinson, Tracy Oneal Blunt, Jr., Cyrus Ray McQuarn, Deandre Marker Adams, Leslie James Adams, Tyrone Christopher Goree, Lorie Anita Montgomery, Majel D. Mapp, Latrell Rayshod Phillips, Darius Marquise Celestine, Allen Joseph Lancelin, Ronald Wayne King, Oliver Maverick Arrington, Marshall Lee Ware, Jr., Jerold Jermaine Freeman, Gillette Andrew Toliver, III,** and **Andrea Lo Rette Stanley**, the defendants, did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together and with each other, and with others known and unknown to the Grand Jury, to commit a certain offense against the United States, to wit: interference with commerce by robbery, in violation of 18 U.S.C. §§1951 and 2.

## OBJECT OF THE CONSPIRACY

The object of the conspiracy was to unlawfully take and obtain personal property, consisting of United States currency, from the persons and in the presence of employees, owners, and agents of businesses against their will by means of actual and threatened force, violence, and fear of immediate injury to their persons and property.

## MANNER AND MEANS

1. It was part of the conspiracy that **Paul Roosevelt Banks III, John Felton Boutte, Jr., David Benford Dorsey, Keith Dewayne Dorsey, Kevin Dewayne Harris, Jesse Banks Motton, Jr., Charles Jermaine Randle, George Sherman Becks, Marquett Cains Dorsey, Patrick Renoid Smith, Brandon Jamal Pinson, Tracy Oneal Blunt, Jr., Cyrus Ray McQuarn, Deandre Marker Adams, Leslie James Adams, Tyrone Christopher Goree, Lorie Anita Montgomery, Majel D. Mapp, Latrell Rayshod Phillips, Darius Marquise Celestine, Allen Joseph Lancelin, Ronald Wayne King, Oliver Maverick Arrington, Marshall Lee Ware, Jr., Jerold Jermaine Freeman, Gillette Andrew Toliver, III,** and **Andrea Lo Rette Stanley**, the defendants, and other persons known and unknown to the Grand Jury, discussed and planned with each other, among other things, one or more of the following robberies (loss amounts are estimated or approximate):

| # | Date | Federal District | Bank/Vendor | City | State | Loss Amount | Victim |
|---|------|------------------|-------------|------|-------|-------------|--------|
| 1 | 7/22/2017 | SDTX | Chase/NCR | Houston | Texas | $20,000 | NCR |
| 2 | 8/25/2017 | SDTX | Chase/NCR | Houston | Texas | $80,000 | NCR |

| # | Date | District | Bank/Mfr | City | State | Amount | Bank |
|---|---|---|---|---|---|---|---|
| 3 | 9/7/2017 | SDTX | Chase/NCR | Houston | Texas | $0 | NCR |
| 4 | 9/15/2017 | SDTX | BOA/Garda | Houston | Texas | $79,920 | |
| 5 | 9/25/2017 | SDTX | BOA/NCR | Houston | Texas | $77,380 | BOA |
| 6 | 9/28/2017 | SDTX | Wells Fargo/NCR | Houston | Texas | $0 | Wells Fargo |
| 7 | 9/30/2017 | SDTX | Wells Fargo/NCR | Houston | Texas | $39,940 | Wells Fargo |
| 8 | 10/2/2017 | SDTX | BOA/NCR | Houston | Texas | $39,900 | BOA |
| 9 | 10/5/2017 | SDTX | Chase/NCR | Houston | Texas | $60,000 | NCR |
| 10 | 10/9/2017 | SDTX | Chase/Burroughs | Houston | Texas | $0 | |
| 11 | 10/12/2017 | SDTX | BOA/Diebold | Houston | Texas | $0 | BOA |
| 12 | 10/13/2017 | SDTX | BOA/NCR | Houston | Texas | $29,500 | NCR |
| 13 | 10/17/2017 | WDTX | Wells Fargo/NCR | Austin | Texas | $96,807 | Wells Fargo |
| 14 | 10/19/2017 | SDTX | BBVA/Diebold | Lake Jackson | Texas | $62,320 | BBVA |
| 15 | 10/23/2017 | SDTX | BOA/NCR | Houston | Texas | $40,000 | |
| 16 | 10/24/2017 | SDTX | Bank of America (Arrest) | Houston | Texas | $109,220 | BOA |
| 17 | 11/10/2017 | SDTX | Chase/Hyosung | Sugarland | Texas | $10,072 | |
| 18 | 11/10/2017 | NDTX | BOA/Diebold | Dallas | Texas | $99,440 | BOA |
| 19 | 11/16/2017 | WDTX | Wells Fargo/Diebold | Selma | Texas | $188,870 | Wells Fargo |
| 20 | 12/1/2017 | NDTX | Wells Fargo/NCR | Garland | Texas | $47,950 | Wells Fargo |
| 21 | 12/7/2017 | NDTX | BOA/NCR | Garland | Texas | $159,730 | BOA |
| 22 | 12/9/2017 | WDTX | BOA/NCR | San Antonio | Texas | $41,940 | BOA |
| 23 | 12/19/2017 | WDTX | Chase/NCR | San Antonio | Texas | $95,140 | NCR |
| 24 | 12/20/2017 | WDTX | Attempt | Austin | Texas | Attempt | None |
| 25 | 12/29/2017 | WDTX | Wells Fargo/NCR | Harker Heights | Texas | $141,780 | Wells Fargo |
| 26 | 1/3/2018 | WDTX | Chase (Arrest) | Austin | Texas | Arrest | None |
| 27 | 1/3/2018 | WDTX | BOA/Diebold | San Antonio | Texas | $109,000 | BOA |
| 28 | 1/18/2018 | EDTX | BOA/NCR | Allen | Texas | $53,020 | BOA |
| 29 | 1/23/2018 | SDTX | Wells Fargo/NCR | Houston | Texas | $0 | Wells Fargo |
| 30 | 1/29/2018 | EDTX | Wells Fargo/NCR | McKinney | Texas | $67,150 | Wells Fargo |
| 31 | 1/30/2018 | NDGA | Wells Fargo/NCR | Decatur | Georgia | $103,640 | Wells Fargo |
| 32 | 2/6/2018 | SDTX | Chase/NCR | Laredo | Texas | $88,220 | NCR |

Third Superseding Indictment/Notice of Penalty
Page 4

| # | Date | District | Bank/Mfr | City | State | Amount | Loss |
|---|---|---|---|---|---|---|---|
| 33 | 3/8/2018 | WDNC | Wells Fargo/NCR | Mooresville | North Carolina | $213,930 | Wells Fargo |
| 34 | 3/29/2018 | NDGA | Wells Fargo | Conyers | Georgia | $120,076 | Wells Fargo |
| 35 | 5/2/2018 | WDMO | US Bank/Diebold | Blue Springs | Missouri | $105,170 | Diebold |
| 36 | 5/8/2018 | NDGA | BOA/Diebold | Atlanta | Georgia | $88,000 | BOA |
| 37 | 5/9/2018 | WDTN | Wells Fargo/NCR | Memphis | TN | $109,020 | Wells Fargo |
| 38 | 6/1/2018 | WDAR | Regions Bank/NCR | Nashville | Arkansas | $63,480 | Regions Bank |
| 39 | 6/7/2018 | WDTX | BOA/NCR | San Antonio | Texas | $72,420 | BOA |
| 40 | 7/19/2018 | CDMO | BOA/Diebold | St. Louis | Missouri | $68,560 | BOA |
| 41 | 7/31/2018 | SDTX | Amegy/Diebold | Houston | Texas | $17,260 | Diebold |
| 42 | 8/2/2018 | EDTX | BOA/NCR | Plano | Texas | $120,427 | BOA |
| 43 | 8/9/2018 | NDIL | Chase/NCR | Norridge | Illinois | $100,780 | NCR |
| 44 | 8/14/2018 | EDTX | Capital One/NCR | Texarkana | Texas | $70,855 | Capital One |
| 45 | 9/13/2018 | NDTX | BB&T/NCR | Dallas | Texas | $34,903 | BB&T |
| 46 | 10/8/2018 | MDFL | Chase/NCR | Orlando | Florida | $33,620 | NCR |
| 47 | 10/26/2018 | CDMO | Reliance Bank/NCR (Attempt/Arrest) | St. Louis | Missouri | $17,130 | None |
| | | | | Estimated/Approximate Total | | $2,779,430 | |

At all times during the course and scope of the conspiracy, the above-mentioned businesses conducted business in interstate commerce, and the conspiracy would have, and did, in any way or degree, obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce as contemplated by 18 U.S.C. §1951.

2.  It was further part of the conspiracy that the defendants and others known and unknown to the Grand Jury formulated a plan and agreement, which, among other things, included:

   a. the acquisition of United States currency;

    b. the acquisition of property for use in committing robbery;

    c. the timing and means of transportation to commit robbery;

    d. the roles of participation during the preparation for and commission of robbery;

    e. plans to avoid detection and apprehension by law enforcement.

## OVERT ACTS OF THE CONSPIRACY

To effect the object of the conspiracy, **Paul Roosevelt Banks III, John Felton Boutte, Jr., David Benford Dorsey, Keith Dewayne Dorsey, Kevin Dewayne Harris, Jesse Banks Motton, Jr., Charles Jermaine Randle, George Sherman Becks, Marquett Cains Dorsey, Patrick Renoid Smith, Brandon Jamal Pinson, Tracy Oneal Blunt, Jr., Cyrus Ray McQuarn, Deandre Marker Adams, Leslie James Adams, Tyrone Christopher Goree, Lorie Anita Montgomery, Majel D. Mapp, Latrell Rayshod Phillips, Darius Marquise Celestine, Allen Joseph Lancelin, Ronald Wayne King, Oliver Maverick Arrington, Marshall Lee Ware, Jr., Jerold Jermaine Freeman, Gillette Andrew Toliver, III**, and **Andrea Lo Rette Stanley**, the defendants, and other persons known and unknown to the Grand Jury, committed overt acts within the Eastern District of Texas, and elsewhere, including, but not limited to, the following:

    1. On or about January 18, 2018, in Allen, Texas, Eastern District of Texas, **Paul Roosevelt Banks III, Tracy Oneal Blunt, Jr., John Felton Boutte, Jr., David Benford Dorsey, Jesse Banks Motton, Charles Jermaine Randle,** and other persons known and unknown to the Grand Jury, aided and abetted by each other took personal

property consisting of United States currency from the person and in the presence of an employee and agent of National Cash Register (NCR), against his will, by means of actual or threatened force, violence, and fear of injury to his person.

2. On or about January 29, 2018, in McKinney, Texas, Eastern District of Texas, **Paul Roosevelt Banks III, Tracy Oneal Blunt, Jr., John Felton Boutte, Jr., David Benford Dorsey, Jesse Banks Motton, Jr., Charles Jermaine Randle** and other persons known and unknown to the Grand Jury, aided and abetted by each other took personal property consisting of United States currency from the person and in the presence of an employee and agent of National Cash Register (NCR), against his will, by means of actual or threatened force, violence, and fear of injury to his person.

3. On or about February 6, 2018, in Laredo, Texas, Southern District of Texas, **Paul Roosevelt Banks III, John Felton Boutte, Jr., David Benford Dorsey, Kevin Dewayne Harris, Jesse Banks Motton, Jr., Charles Jermaine Randle** and other persons known and unknown to the Grand Jury, aided and abetted by each other took personal property consisting of United States currency from the person and in the presence of an employee and agent of National Cash Register (NCR), against his will, by means of actual or threatened force, violence, and fear of injury to his person.

4. On or about August 2, 2018, in Plano, Texas, Eastern District of Texas, **Paul Roosevelt Banks III, George Sherman Becks, Tracy Oneal Blunt, Jr., John Felton Boutte, Jr., David Benford Dorsey, Keith Dewayne Dorsey** and other persons known and unknown to the Grand Jury, aided and abetted each other took personal

property consisting of United States currency from the person and in the presence of an employee and agent of National Cash Register (NCR), against his will, by means of actual or threatened force, violence, and fear of injury to his person.

5. On or about August 14, 2018, in Texarkana, Texas, Eastern District of Texas, **Keith Dewayne Dorsey, George Sherman Becks, Marquett Cains Dorsey** and other persons known and unknown to the Grand Jury, aided and abetted by each other took personal property consisting of United States currency from the person and in the presence of an employee and agent of National Cash Register (NCR), against his will, by means of actual or threatened force, violence, and fear of injury to his person.

All in violation of 18 U.S.C. §§1951 and 2.

### Count Two

                                                 Violation: 18 U.S.C. §§ 1951(a) and 2
                                                 (Interference with Interstate Commerce by Robbery and Aiding and Abetting)

On or about January 18, 2018, in Allen, Texas, Eastern District of Texas, **Paul Roosevelt Banks III, Tracy Oneal Blunt, Jr., John Felton Boutte, Jr., David Benford Dorsey, Jesse Banks Motton, and Charles Jermaine Randle,** the defendants, aided and abetted by each other, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in 18 U.S.C. § 1951, in that the defendants, aiding and abetting each other, did unlawfully take, obtain, and attempt to take and obtain personal property consisting of United States currency from the person

and in the presence of an employee and agent of National Cash Register (NCR), against his will, by means of actual or threatened force, violence, and fear of injury to his person.

In violation of 18 U.S.C. §§ 1951(a) and 2.

### Count Three

Violation: 18 U.S.C. §§ 1951(a) and 2
(Interference with Interstate Commerce by Robbery and Aiding and Abetting)

On or about January 29, 2018, in McKinney, Texas, Eastern District of Texas, **Paul Roosevelt Banks III, Tracy Oneal Blunt, Jr., John Felton Boutte, Jr., David Benford Dorsey, Jesse Banks Motton, Jr., and Charles Jermaine Randle**, the defendants, aided and abetted by each other, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce, as that term is defined in 18 U.S.C. § 1951, in that the defendants, aiding and abetting each other, did unlawfully take, obtain, and attempt to take and obtain personal property consisting of United States currency from the person and in the presence of an employee and agent of National Cash Register (NCR), against his will, by means of actual or threatened force, violence, and fear of injury to his person.

In violation of 18 U.S.C. §§ 1951(a) and 2.

### Count Four

Violation: 18 U.S.C. §§ 1951(a) and 2
(Interference with Interstate Commerce by Robbery and Aiding and Abetting)

On or about August 2, 2018, in Plano, Texas, Eastern District of Texas, **Paul Roosevelt Banks III, George Sherman Becks, Tracy Oneal Blunt, Jr., John Felton Boutte, Jr., David Benford Dorsey, and Keith Dewayne Dorsey**, the defendants, aided and abetted by each other, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce, as that term is defined in 18 U.S.C. § 1951, in that the defendants, aiding and abetting each other, did unlawfully take, obtain, and attempt to take and obtain personal property consisting of United States currency from the person and in the presence of an employee and agent of National Cash Register (NCR), against his will, by means of actual or threatened force, violence, and fear of injury to his person.

In violation of 18 U.S.C. §§ 1951(a) and 2.

### Count Five

> Violation: 18 U.S.C. §§ 1951(a) and 2
> (Interference with Interstate Commerce
> by Robbery and Aiding and Abetting)

On or about August 14, 2018, in Texarkana, Texas, Eastern District of Texas, **Keith Dewayne Dorsey, George Sherman Becks, and Marquett Cains Dorsey**, the defendants, aided and abetted by each other, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce, as that term is defined in 18 U.S.C. § 1951, in that the defendants, aiding and abetting each other, did unlawfully take, obtain, and attempt to take and obtain personal property consisting of United States currency from the person and in the presence of an employee and agent of National Cash Register

(NCR), against his will, by means of actual or threatened force, violence, and fear of injury to his person.

In violation of 18 U.S.C. §§ 1951(a) and 2.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Third Superseding Indictment, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
ERNEST GONZALEZ
Assistant United States Attorney

2-6-19
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **SEALED** |
| v. | § § | No. 4:18CR131<br>Judge Crone |
| PAUL ROOSEVELT BANKS III (1)<br>JOHN FELTON BOUTTE, JR. (2)<br>DAVID BENFORD DORSEY (3)<br>KEITH DEWAYNE DORSEY (4)<br>KEVIN DEWAYNE HARRIS (5)<br>JESSE BANKS MOTTON, JR. (6)<br>CHARLES JERMAINE RANDLE (7)<br>GEORGE SHERMAN BECKS (8)<br>MARQUETT CAINS DORSEY (9)<br>PATRICK RENOID SMITH (10)<br>BRANDON JAMAL PINSON (11)<br>TRACY ONEAL BLUNT, JR. (12)<br>CYRUS RAY MCQUARN (13)<br>DEANDRE MARKER ADAMS (14)<br>LESLIE JAMES ADAMS (15)<br>TYRONE CHRISTOPHER GOREE (16)<br>LORIE ANITA MONTGOMERY (17)<br>MAJEL D. MAPP (18)<br>LATRELL RAYSHOD PHILLIPS (19)<br>DARIUS MARQUISE CELESTINE (20)<br>ALLEN JOSEPH LANCELIN (21)<br>RONALD WAYNE KING (22)<br>OLIVER MAVERICK ARRINGTON (23)<br>MARSHALL LEE WARE, JR. (24)<br>JEROLD JERMAINE FREEMAN (25)<br>GILLETTE ANDREW TOLIVER, III (26)<br>ANDREA LO RETTE STANLEY (27) | § § § § § § § § § § § § § § § § § § § § § § § § § § § | 
FEB - 6 2019<br>Clerk, U.S. District Court<br>Texas Eastern |

## NOTICE OF PENALTY

### Counts One thru Five

Violation:     18 U.S.C. §§1951 and 2

Penalty:     Imprisonment for a term of not more than twenty years; a fine not to exceed $250,000.00; or twice the gross pecuniary gain to the defendant or twice the gross pecuniary loss to the victim, whichever is greatest; and supervised release of not more than three years.

Special Assessment: $100.00